IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LOHR E. LOVELAND, JR. ) | |

**THIS MATTER** is before the Court on the Defendant's motion to hold the trial date open until November 12, 2008, to permit defense counsel to complete a murder trial in state court.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to hold the trial date open is **ALLOWED,** and this case will not be called for trial before November 12, 2008.

Signed: October 28, 2008

Lacy H. Thornburg
United States District Judge